## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**ELSA HORNER**,                                                                 Civil File No. 11-CV-2005

      Plaintiff,

vs.                                                                                              **NOTICE OF DISMISSAL**
                                                                                                     **WITHOUT PREJUDICE**

**CHECK & CREDIT REPORTING, INC**.,

      Defendant.

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits without prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal without prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                                            Respectfully submitted,

Dated:   June 16, 2011                        /s/ J. Mark Meinhardt
                                                              J. Mark Meinhardt KS # 20245
                                                              4707 College Blvd, Suite 100
                                                              Leawood, KS 66211
                                                               (913) 451-9797 (Telephone)
                                                              (913) 451-6163 (Facsimile)
                                                              meinhardtlaw@sbcglobal.net

                                                              **ATTORNEY FOR PLAINTIFF**